UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,<br><br>      Reorganized Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>(Jointly Administered) |
| MOHSIN Y. MEGHJI, Litigation Administrator, as Representative for the Post-Effective Date Debtors,<br><br>      Plaintiff,<br><br>    -against-<br><br>COMPOUND LABS, INC., COMPOUND DAO, ROBERT LESHNER, and GEOFFREY HAYES,<br><br>      Defendants. | Adversary Proceeding<br><br>Adv. Proc. No. 24-03989 (MG)<br><br>Civil No. 1:25-cv-00926 (JLR) |

JENNIFER L. ROCHON, United States District Judge:

The Court will hear oral argument on the motion to dismiss filed by Defendants Compound Labs, Inc., Robert Leshner, and Geoffrey Hayes, on **February 12, 2026**, at **10:00 a.m.**, in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

Dated: January 13, 2026
   New York, New York

          SO ORDERED.

          *Jennifer Rochon*
          JENNIFER L. ROCHON
          United States District Judge