Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036

T    +1 212.872.1000
F    +1 212.872.1002
akingump.com



**Mitchell P. Hurley**
+1 212.872.1011/fax: +1 212.872.1002
mhurley@akingump.com

April 28, 2026

<span style="color:blue">Request GRANTED.  The initial pretrial conference, currently scheduled for May 19, 2026, shall be adjourned to May 29, 2026, at 12:00 p.m.</span>

VIA ECF

Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl St., Room 1920
New York, NY 10007

<span style="color:blue">Dated: April 29, 2026
New York, New York</span>

**SO ORDERED.**

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**

Re:    *Mohsin Y. Meghji v. Compound Labs, Inc.*, Case No. 1:25-00926, Letter-Motion
       to Adjourn Initial Pretrial Conference

Dear Judge Rochon:

We represent Plaintiff Mohsin Y. Meghji, Litigation Administrator for Celsius Network LLC and its affiliated debtors ("Plaintiff") in connection with the above-referenced civil proceeding.

We write pursuant to Rule 1.F of the Court's Individual Rules of Practice in Civil Cases to respectfully request a brief adjournment of the Initial Pretrial Conference that was scheduled for May 19, 2026, at 3:30 PM (the "Conference") and associated deadlines.  *See* Dkt. No. 53.  Plaintiff requests the adjournment because his counsel must attend a deposition previously so-ordered to proceed on the same date as the Conference by a court in another pending action.  Plaintiff has discussed this matter with counsel for the Defendant, who consents to Plaintiff's request.  If the Court were to grant the requested adjournment, both Plaintiff's and Defendant's counsel are available to appear on May 27, 28, or 29, or June 2, 3, 4, or 5.

This is the Plaintiff's first request for an adjournment of the Conference, and there are presently no additional appearances before the Court that are scheduled.  Thank you for your continued attention to this matter.

Respectfully submitted,

*/s/ Mitchell P. Hurley*
Mitchell P. Hurley

CC: VIA ECF
Counsel for Defendant Compound Labs, Inc.

April 28, 2026
Page 2

(jgottlieb@morrisoncohen.com; hrosenblat@morrisoncohen.com; mmix@morrisoncohen.com; rfleder@morrisoncohen.com)